PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL LAFOND,<br><br>                    Petitioner,<br><br>       v.<br><br>WARDEN, FCI-MENDOTA,<br><br>                    Respondent. | CASE NO.  2:22-CV-01093 AC P<br><br>[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in Respondent's Request to Seal, IT IS HEREBY ORDERED that Appendix pp. 68-98 to Respondent's Motion to Dismiss and Response to Petitioner's 2241 Petition pertaining to Raoul Lafond (ECF No. 10), as well as Respondent's Request to Seal SHALL BE SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Petitioner.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Respondent's Request, sealing the Request and Appendix pp 68-98 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Respondent would be harmed.  In light of the public filing of the Government's Notice to Seal, the Court further finds that there are no

additional alternatives to sealing the Government's Request and Appendix pp 68-98 that would adequately protect the compelling interests identified by Respondent.

DATED: October 14, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

2