UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL LAFOND, | No. 2:22-cv-1093 AC P |
| Petitioner, | |
| v. | ORDER |
| RAPHAEL ZUNIGA, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2022, respondent filed a motion to dismiss. ECF No. 10. To date, petitioner has not filed a response to the motion. Therefore, petitioner will be ordered to file a response and to do so within thirty days. See Rules Governing § 2254 Cases, Rule 5(e); Rule 1(b) (stating Section 2254 rules may be applied to non-2254 habeas petitions).

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order petitioner shall file a response to respondent's motion to dismiss.

////

////

////

1

1 | Petitioner is cautioned that failure to file a response within the time allotted will result in a
2 | recommendation that this matter be dismissed.
3 | DATED: January 18, 2023

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE