UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL LAFOND,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAPHAEL ZUNIGA, WARDEN,<br><br>　　　　　Respondent. | No. 2:22-cv-01093-TLN-AC<br><br><br>**ORDER** |

Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 8, 2023, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 8, 2023 (ECF No. 16) are ADOPTED IN FULL;

2. This matter is DISMISSED for failure to prosecute and for failure to obey a court order;

3. Respondent's motion to dismiss (ECF No. 10) is DENIED as moot, and

4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**DATE: May 18, 2023**

Troy L. Nunley
United States District Judge

2